UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,<br><br>   Plaintiff,<br><br> v.<br><br>OFFICER C. ARANAS, et al.,<br><br>   Defendants. | ) 1:06-cv-1574-AWI-SMS<br>)<br>) ORDER DIRECTING PLAINTIFF EITHER<br>) TO PAY THE $350.00 FILING FEE OR<br>) TO FILE A COMPLETED AND LEGIBLE<br>) APPLICATION TO PROCEED IN FORMA<br>) PAUPERIS WITHIN THIRTY DAYS OF<br>) THE DATE OF SERVICE OF THIS ORDER<br>) (DOC. 2)<br>)<br>) ORDER DIRECTING THE CLERK TO SEND<br>) TO PLAINTIFF A BLANK APPLICATION<br> FORM TO PROCEED IN FORMA PAUPERIS<br> FOR ONE NOT IN CUSTODY |

  Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

  On November 6, 2006, Plaintiff filed a complaint and an application to proceed in forma pauperis. The application to proceed in forma pauperis was not legible.

  Accodingly, Accordingly, IT IS ORDERED that

  1. Plaintiff IS DIRECTED either to pay the $350.00 filing fee or to file a completed application to proceed in forma

pauperis no later than thirty days after the date of service of this order; and

    2. The Clerk of Court IS DIRECTED to send to Plaintiff with this order a copy of a blank application to proceed in forma pauperis for one not in custody; and

    3. Plaintiff is informed that a failure to comply in a timely fashion with the Court's directions will be considered to be a failure to comply with an order of the Court within the meaning of Local Rule 11-110 and may result in dismissal of the action.

IT IS SO ORDERED.

**Dated:   November 8, 2006**                    /s/ Sandra M. Snyder
icido3                                            UNITED STATES MAGISTRATE JUDGE