UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,<br><br>    Plaintiff,<br><br> v.<br><br>OFFICER C. ARANAS, et al.,<br><br>    Defendants. | 1:06-cv-1574-AWI-SMS<br><br>ORDER DIRECTING PLAINTIFF EITHER TO PAY THE $350.00 FILING FEE OR TO FILE A COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS OF THE DATE OF SERVICE OF THIS ORDER (DOC. 5)<br><br>ORDER DIRECTING THE CLERK TO SEND TO PLAINTIFF A BLANK APPLICATION FORM TO PROCEED IN FORMA PAUPERIS FOR ONE NOT IN CUSTODY |

  Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

  On November 15, 2006, apparently pursuant to the Court's earlier order filed on November 9, 2006, Plaintiff filed an application to proceed in forma pauperis. The application to proceed in forma pauperis was not complete. Plaintiff stated that he was not currently employed; however, he did not state the amount of his take-home salary or wages and pay period and give

1

1 the name and address of his last employer. He stated that he had
2 received disability or worker's compensation payments during the
3 past twelve months, but he failed to list the amount received and
4 what he expected to continue to receive. He stated that he owned
5 some property and stated its value, but he failed to describe the
6 property.
7     Accodingly, Accordingly, IT IS ORDERED that
8     1. Plaintiff IS DIRECTED either to pay the $350.00 filing
9 fee or to file a completed application to proceed in forma
10 pauperis no later than thirty days after the date of service of
11 this order; and
12     2. The Clerk of Court IS DIRECTED to send to Plaintiff with
13 this order a copy of a blank application to proceed in forma
14 pauperis for one not in custody; and
15     3. Plaintiff is informed that a failure to comply in a
16 timely fashion with the Court's directions will be considered to
17 be a failure to comply with an order of the Court within the
18 meaning of Local Rule 11-110 and may result in dismissal of the
19 action.
20 IT IS SO ORDERED.
21 **Dated:   November 21, 2006**            /s/ Sandra M. Snyder
   icido3                                UNITED STATES MAGISTRATE JUDGE