UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICER C. ARANAS, et al.,<br><br>　　　　Defendants. | 1:06-cv-1574-AWI-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS (DOC. 7)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE DOCUMENTS TO THE COURT<br><br>ORDER DIRECTING THE CLERK TO FORWARD ANY SERVICE DOCUMENTS SUBMITTED TO THE MARSHAL FOR SERVICE OF PROCESS<br><br>ORDER DIRECTING THE MARSHAL TO SERVE DEFENDANT UPON MARHAL'S RECEIPT OF DOCUMENTS |

　　　Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

　　　I. Application to Proceed in Forma Pauperis

　　　On November 28, 2006, Plaintiff filed an application to proceed in forma pauperis.

　　　Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in

1

1  forma pauperis IS GRANTED. 28 U.S.C. § 1915(a).
2  ///
3       II. <u>Service of the Complaint</u>
4       In cases wherein the plaintiff is proceeding in forma
5  pauperis, the Court is required to screen cases and shall dismiss
6  the case at any time if the Court determines that the allegation
7  of poverty is untrue, or the action or appeal is frivolous or
8  malicious, fails to state a claim on which relief may be granted,
9  or seeks monetary relief against a defendant who is immune from
10 such relief. 28 U.S.C. 1915(e)(2).
11      A review of the complaint submitted by Plaintiff, Phillip
12 Sanders, shows that if the pro se plaintiff's allegations are
13 liberally construed in the light most favorable to the Plaintiff,
14 <u>Jackson v. Carey</u>, 353 F.3d 750, 756 (9th Cir. 2003), Plaintiff
15 has alleged facts that might support a claim entitling him to
16 relief. Accordingly, the entire action does not fail to state a
17 claim for relief, and the Court will proceed to order the
18 complaint served on behalf of Plaintiff.
19          A. <u>Directions to the Marshal</u>
20      Accordingly, when appropriate service documents are
21 submitted to the Court and forwarded to the Marshal, the United
22 States Marshal SHALL SERVE the complaint.
23          B. <u>Directions to the Clerk and to Plaintiff</u>
24      Service IS appropriate for the following defendant: Fresno
25 Police Officer C. Aranas.
26      Accordingly,
27      1) The Clerk of the Court shall send Plaintiff one USM-285
28 forms, one summons, an instruction sheet, a notice of submission

2

of documents, and two copies of the complaint filed in this Court.

    2) Within thirty days from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

        a. Completed summons;

        b. One completed USM-285 form for each defendant listed above; and

        c. Two copies of the endorsed complaint filed in this Court.

    Plaintiff need not attempt service on defendants and need not request waiver of service.

    Upon receipt of the documents described above, the Clerk of the Court SHALL FORWARD them to the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

    **Plaintiff's failure to comply with this order will result in a recommendation to dismiss this action for failure to obey this Court's order.**

Dated:  1/3/2007

                /s/ Sandra M. Snyder
                SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE