UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,<br><br>          Plaintiff,<br><br>   v.<br><br>OFFICER C. ARANAS, et al.,<br><br>          Defendants. | 1:06-cv-1574-AWI-SMS<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO SERVE DEFENDANTS (DOC. 8) |

    Plaintiff is proceeding in forma paupaeris pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On November 6, 2006, Plaintiff filed a complaint naming Police Officer C. Aranas as a defendant. On January 4, 2007, the Court directed the clerk to send to Plaintiff service documents and instructed Plaintiff to complete them and to submit them to the Court with a notice of submission of documents no later than thirty days after service of the order. The docket reflects that the clerk served the order and documents on Plaintiff on January

1

4, 2007.  Plaintiff was also informed that a failure to comply with the order would result in a recommendation to dismiss the action as a failure to comply with an order of the Court within the meaning of Local Rule 11-110.

More than thirty days have passed since the Court's order issued, and Plaintiff has failed to submit the service documents or to seek an extension of time within which to do so.

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; Chambers v. NASCO, Inc., 501 U.S. 31, 42-43 (1991).

Accordingly, it is HEREBY ORDERED that:

1. Within fifteen (15) days of the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to obey the Court's order of January 4, 2007, to submit service documents and thus to effectuate service by the Marshal; Plaintiff shall show cause in writing because the Court has determined that no hearing is necessary; and

2. The failure to respond to this order will result in dismissal of the action.

IT IS SO ORDERED.

**Dated:    February 9, 2007**            **/s/ Sandra M. Snyder**
icido3                               UNITED STATES MAGISTRATE JUDGE