UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS, | ) 1:06-cv-1574-AWI-SMS |
| | ) |
| Plaintiff, | ) ORDER DISCHARGING ORDER TO SHOW |
| | ) CAUSE (Doc. 9) |
| v. | ) |
| | ) ORDER DIRECTING THE CLERK TO SEND |
| | ) SERVICE DOCUMENTS TO PLAINTIFF |
| OFFICER C. ARANAS, et al., | ) |
| | ) ORDER DIRECTING PLAINTIFF TO |
| Defendants. | ) SUBMIT SERVICE DOCUMENTS TO THE |
| | ) COURT |
| | ) |

ORDER DIRECTING THE CLERK TO
FORWARD ANY SERVICE DOCUMENTS
SUBMITTED TO THE MARSHAL FOR
SERVICE OF PROCESS

ORDER DIRECTING THE MARSHAL TO
SERVE DEFENDANT UPON MARSHAL'S
RECEIPT OF DOCUMENTS

Plaintiff is proceeding in forma paupaeris pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

I. Discharing the Order to Show Cause

On November 6, 2006, Plaintiff filed a complaint naming Police Officer C. Aranas as a defendant. On January 4, 2007, the

1

Court directed the clerk to send to Plaintiff service documents and instructed Plaintiff to complete them and to submit them to the Court with a notice of submission of documents no later than thirty days after service of the order. The clerk served the order and documents on Plaintiff on January 4, 2007. When service documents were not returned to the Court, the Court issued an order to show cause, which was served by mail on Plaintiff on February 9, 2007. On February 27, 2007, Plaintiff filed what was entitled as a motion to show cause for failure to serve, but which is reasonably interpreted as a response to the order to show cause.

In the response, Plaintiff stated that he never received the documents from the clerk and would be grateful for an order to resubmit the documents for service.

The Court does not understand how Plaintiff failed to receive the service documents, which were sent to Plaintiff at the address on the docket. However, the Court finds that by some event beyond the control of the Court and the parties, Plaintiff failed to receive the service documents.

Accordingly, the order to show cause which issued on February 9, 2007, IS DISCHARGED.

II. Service

The Court will again order that the clerk, Plaintiff, and the Marshal comply with specific directions in order to effectuate service of the complaint in this action.

A. Directions to the Marshal

Accordingly, when appropriate service documents are submitted to the Court and forwarded to the Marshal, the United

2

1  States Marshal SHALL SERVE the complaint and associated
2  documents.

3          B. <u>Directions to the Clerk and to Plaintiff</u>

4      Service IS appropriate for the following defendant: Fresno
5  Police Officer C. Aranas.

6      Accordingly,

7      1) The Clerk of the Court shall send Plaintiff one USM-285
8  form, one summons, an instruction sheet, a notice of submission
9  of documents, and one copy of the complaint filed in this Court.

10     2) Within thirty days from the date of service of this
11 order, Plaintiff shall complete the attached Notice of Submission
12 of Documents and submit the completed Notice to the Court with
13 the following documents:

14             a. Completed summons;

15             b.  One completed USM-285 form for each defendant
16             listed above; and

17             c. Two copies of the endorsed complaint filed in
18             this Court.

19     Plaintiff need not attempt service on defendants and need
20 not request waiver of service.

21     Upon receipt of the documents described above, the Clerk of
22 the Court SHALL FORWARD them to the United States Marshal to
23 serve the above-named defendants pursuant to Federal Rule of
24 Civil Procedure 4 without payment of costs.

25 ////
26 ////
27 ////
28 ////

1    **Plaintiff's failure to comply with this order will**
2 **result in a recommendation to dismiss this action for**
3 **failure to obey this Court's order. Local Rule 11-110.**

4

5 IT IS SO ORDERED.

6

7 DATED:  __3/16/2007__

8

9                                          /s/ Sandra M. Snyder

10                                         SANDRA M. SNYDER

11                                         U.S. MAGISTRATE JUDGE

4