# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,<br><br>          Plaintiff,<br>   v.<br><br>OFFICER C. ARANAS,<br><br>          Defendant. | 1: 06-CV-1574 AWI SMS<br><br>ORDER VACATING HEARING DATE OF JULY 23, 2007, AND TAKING MATTER UNDER SUBMISSION |

     Defendant has noticed for hearing a motion to dismiss the complaint for failure to state a claim. The matter was scheduled for hearing to be held on July 23, 2007. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than July 9, 2007. Plaintiff failed to do so.

     Due to Plaintiff's failure to file a timely opposition, he is in violation of the Local Rules and not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 23, 2007, is VACATED, and no party shall appear at that time. As of July 23, 2007, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**    **July 13, 2007**                       /s/ Anthony W. Ishii
                                                            UNITED STATES DISTRICT JUDGE