IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>OFFICER C. ARANAS,<br><br>　　　　　　Defendant. | 1: 06-CV-1574 AWI SMS<br><br>ORDER VACATING HEARING DATE OF OCTOBER 15, 2007, AND TAKING MATTER UNDER SUBMISSION |

　　　Defendant has noticed for hearing a motion to dismiss the first amended complaint for failure to state a claim.  The matter is scheduled for hearing to be held on October 15, 2007.  Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than October 1, 2007.  Plaintiff failed to do so.

　　　Due to Plaintiff's failure to file a timely opposition, he is in violation of the Local Rules and not entitled to be heard at oral argument in opposition to the motion.  See 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See  Local Rule 78-230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 15, 2007,  is VACATED, and no party shall appear at that time.  As of October 15, 2007,  the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**　　October 5, 2007　　　　　　　　　　／s／ **Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE