UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
PHILLIP SANDERS,                ) 1:06-cv-1574-AWI-SMS
                                )
          Plaintiff,            ) ORDER DISREGARDING PLAINTIFF'S
                                ) MOTION TO ADD CITY OF FRESNO AS A
                                ) DEFENDANT AND REQUEST TO OBTAIN
     v.                         ) ALL DEFENDANT'S DISCOVERY(DOC.
                                ) 32)
OFFICER C. ARANAS, et al.,      )
                                )
          Defendants.           )
                                )
                                )
```

Plaintiff is proceeding in forma pauperis and pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On January 9, 2008, Plaintiff filed a document which appeared to pertain in part to a motion pending before Judge Ishii. However, it also purported to be a motion to add the City of Fresno as a defendant and a request to obtain all Defendant's discovery; these matters are matters that would generally be heard by a Magistrate Judge.

Insofar as Plaintiff purported to move to add a party and/or

1

1  to obtain discovery by motion, the Court notes that Plaintiff
2  filed to comply with Local Rule 78-230(b), which requires that
3  all motions shall be noticed on the motion calendar of the
4  assigned Judge or Magistrate Judge and shall be set for hearing
5  on the motion calendar of the judge to whom the action has been
6  assigned.
7       Accordingly, Plaintiff's purported motions to add the City
8  of Fresno as a defendant and to obtain all Defendant's discovery
9  ARE DISREGARDED.
10      This is without prejudice to Plaintiff's filing such motions
11 in a manner complying with the pertinent Federal Rules of Civil
12 Procedure and Local Rules of the United States District Court,
13 Eastern District of California.

15 IT IS SO ORDERED.
16 **Dated:   January 14, 2008**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE