IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,             ) | 1: 06-CV-1574 AWI SMS |
|                              ) | |
|         Plaintiff,           ) | ORDER VACATING HEARING |
|    v.                        ) | DATE OF JANUARY 22 2008, AND |
|                              ) | TAKING MATTER UNDER |
| OFFICER C. ARANAS,           ) | SUBMISSION |
|                              ) | |
|         Defendant.           ) | |

     Defendant has noticed for hearing a motion to strike the Fresno Police Department from the second amended complaint. The matter was scheduled for hearing to be held on January 22, 2008. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than January 9, 2008. Plaintiff failed to do so. Due to Plaintiff's failure to file a timely opposition, he is in violation of the Local Rules and not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 22, 2008, is VACATED, and no party shall appear at that time. As of January 22, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 16, 2008                      /s/ Anthony W. Ishii
                                                           UNITED STATES DISTRICT JUDGE