UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Phillip Sanders, | ) | 1:06-cv-01574-AWI-SMS |
| | ) | |
| Plaintiff, | ) | ORDER STRIKING PLAINTIFF'S MOTION |
| v. | ) | TO ADD DEFENDANTS (DOC. 50) |
| | ) | |
| Officer C. Aranas, et al., | ) | INFORMATIONAL ORDER TO PLAINTIFF |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

On June 23, 2008, Plaintiff filed a motion to add the City of Fresno and Fresno Police Department as defendants. However, contrary to the requirements of Fed. R. Civ. P. 5 and Local Rule 5-135, the papers filed were not accompanied by a proof of service.

A court may strike a document that does not conform to the formal requirements of the pertinent rules of court. Fed. R. Civ. P. 12(f); <u>Transamerican Corp. v. National Union Fire Ins. Co. of Pittsburgh, Pa.</u>, 143 F.R.D. 189, 191 (N.D. Ill. 1992).

Because the documents filed by Plaintiff were not

1

1 accompanied by proof of service of those documents on the present
2 Defendant, it is hereby ordered that they BE STRICKEN.
3     Further, the Court notes that Plaintiff sought to notice a
4 hearing on the motion for a date upon which the Court will not be
5 available. In order to ascertain the availability of dates for
6 hearings on motions, Plaintiff may contact Courtroom Deputy
7 Harriet A. Herman at (559) 499-5692.

9 IT IS SO ORDERED.
10 **Dated:   June 26, 2008**              **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

2