Erica M. Camarena, Esq.   Bar No. 227981
THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, Officer C. Aranas

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,<br><br>          Plaintiff<br><br>vs.<br><br>OFFICER C. ARANAS OF THE FRESNO POLICE DEPARTMENT,<br><br>          Defendant | CASE NO. 1:06-CV- 01574 AWI SMS<br><br>**ADDENDUM TO PROTECTIVE ORDER GOVERNING THE FRESNO COUNTY PROBATION RECORDS**;<br><br>ORDER |

Defendant, CHRISTOPHER ARANAS, hereby submits the following proposed Addendum to the Protective Order regarding plaintiff's records maintained by the Fresno County Department of Probation; signed by this Court on July 21, 2008.  (Doc. 56)  It was defendant's intention to include a provision that the confidential documents could be shown to any Probation Officer who is subpoenaed to testify at a deposition.  This provision was inadvertently excluded from the original proposed Protective Order and not included in the final Order.  As such, defendant respectfully requests this Court issue the following addendum to be fully incorporated to the final Protective Order.

Respectfully submitted,

DATE: July 30, 2008                WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


                                    By:    /s/ Erica M. Camarena
                                           Erica M. Camarena
                                           Attorneys for Defendant
                                           CHRISTOPHER ARANAS

Proposed "Amended" Protective Order Re: Probation Records

**ADDENDUM TO PROTECTIVE ORDER**

WHEREAS, the Court has previously issued a Protective Order which governs the use of plaintiff's records obtained from the Fresno County Probation Department. The Protective Order was signed on July 21, 2008, Court Docket No. 56.

The following provision shall be incorporated into the Protective Order as though fully set forth therein at paragraph 3, on page 3, line 16:

"g) Any probation officer who is deposed in the course of this proceeding."

IT IS SO ORDERED.

Dated:  August 4, 2008              /s/ Sandra M. Snyder
                                     SANDRA M. SNYDER
                                     U.S. Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28