IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILLIP SANDERS, | ) | 1:06-cv-01574-AWI-SMS |
| | ) | |
| Plaintiff, | ) | **INFORMATION ORDER RE:** |
| | ) | **DISCOVERY OF PROBATION** |
| vs. | ) | **RECORDS RE: PLAINTIFF** |
| | ) | |
| OFFICER C. ARANAS OF THE FRESNO POLICE DEPARTMENT, | ) ) | |
| | ) | |
| Defendant. | ) | |

This Court held an informal telephonic discovery dispute conference on July 10, 2008 (Doc. 57). It was ultimately concluded by the Court that discoverable information may well be contained within Plaintiff's Fresno County Probation Department file regarding the circumstances of this arrest(s) at issue in this lawsuit. Deputy County Counsel Wille, non-party representative who participated in the July 10, 2008 conference call, was directed to deliver Plaintiff's probation file to this Court for *in camera* review after the Plaintiff himself agreed that he, too, would like to know what is contained in his file, if anything, regarding any probation violations and/or issuance of any warrants for his arrest(s).

1          Thereafter it came to this Court's attention that Judge Wanger
2  directed Judge Austin to obtain Plaintiff's probation records,
3  review them, and determine if anything was discoverable pursuant to
4  a motion to enforce a subpoena against the County of Fresno
5  Department of Probation in Case No. 1:06-cv-01264-OWW-GSA, <u>Phillip
6  Sanders vs. Officer Ruiz and Officer Bishop of the Fresno City
7  Police Department</u>.  Inasmuch as that case is a mirror image of the
8  herein case, save and except with regard to date(s) of arrest and
9  officers effecting the arrest(s), this Court telephoned Deputy
10 County Counsel Wille requesting that he deliver Plaintiff's file at
11 his earliest convenience.  The Court received the file within the
12 half hour after the phone call.
13         This Court reviewed the file herself then delivered it
14 directly to Judge Austin's chambers so that Judge Wanger's
15 directive could be satisfied in Case No. 1:06-cv-01264-OWW-GSA.  An
16 order re: *in camera* review of Fresno County Superior Court
17 Department of Probation Records was issued by Judge Austin on July
18 24, 2008 (Doc. 62), along with a protective order (Doc. 63).  This
19 Court has carefully reviewed Judge Austin's order.  In the interest
20 of best use of judicial resources as well as convenience to the
21 parties and the non-party Probation Department, this Court adopts
22 the order issued by Judge Austin in its entirety as applicable to
23 the informal discovery issue in the herein case.  [Note: In Case
24 No. 1:06-cv-01264-OWW-GSA, Defendants had filed a noticed motion.
25 In the herein case there was no motion, merely an informal
26 discovery dispute involving the Court.]  What has been ordered
27 produced on Case No. 1:06-cv-01264-OWW-GSA should provide relevant
28 information to both/all parties in the herein motion such that no

further motions nor inquiries are necessary with regard to production of Plaintiff's probation records.

Lastly, a protective order and addendum has been issued by this Court in the herein action, applicable to the records ordered produced (Docs. 56 & 59).

IT IS SO ORDERED.

**Dated:   August 21, 2008**               /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE