1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   PHILLIP SANDERS,              )     1:06-cv-1574-AWI-SMS
                                    )
12                 Plaintiff,       )     **ORDER DEEMING PLAINTIFF'S**
                                    )     **REQUEST TO RESCHEDULE HIS**
13        v.                        )     **DEPOSITION** (Doc. 69) **TO BE**
                                    )     **PLAINTIFF'S OPPOSITION TO**
14   OFFICER C. ARANAS,            )     **DEFENDANT'S MOTION TO DISMISS**
                                    )     (Doc. 67) **AND DIRECTING**
15                 Defendant. )          **CLERK'S OFFICE TO "TERM"**
     _____)     **PLAINTIFF'S "MOTION"** (Doc. 69)
16

17        Plaintiff is proceeding pro se and in forma pauperis in an

18   action for damages and other relief concerning alleged civil

19   rights violations.  The matter has been referred to the

20   Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules

21   72-302 and 72-304.

22        On October 10, 2008, plaintiff filed a "request" to

23   reschedule his deposition (Doc. 69), which the Clerk's Office

24   automatically deemed to be a "motion" for docketing purposes, for

25   which he failed to appear on October 6, 2008 (Doc. 65).  As a

26   result, defendant filed a motion to dismiss (Doc. 67), now set

27   for hearing on November 21, 2008 at 9:30 a.m. specially before

28   Judge Snyder (Doc. 68).

                                     1

1       Accordingly, the Court HEREBY deems plaintiff's motion/

2  request to reschedule his deposition (Doc. 69) to instead be his

3  opposition to defendant's motion to dismiss (Doc. 67), and

4  DIRECTS the Clerk's Office to "term" plaintiff's "motion" (Doc.

5  69).

6  IT IS SO ORDERED.

7  **Dated:   October 17, 2008**               **/s/ Sandra M. Snyder**

                                    UNITED STATES MAGISTRATE JUDGE