UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Phillip Sanders, | ) | 1:06-cv-01574-AWI-SMS |
| | ) | |
| Plaintiff, | ) | ORDER DEEMING PLAINTIFF'S |
| v. | ) | UNTIMELY "REPLY TO OPPOSITION TO |
| | ) | MOTION TO DISMISS and REQUEST FOR |
| Officer C. Aranas, et al., | ) | JUDICIAL NOTICE" TO BE |
| | ) | OBJECTIONS, WITHOUT PREJUDICE TO |
| Defendants. | ) | PLAINTIFF'S RIGHT TO FILE |
| | ) | ADDITIONAL TIMELY OBJECTIONS |
| | ) | (DOC. 75) |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

On November 6, 2008, Plaintiff filed a document purporting to be a reply to the reply of Defendant to Plaintiff's opposition to the motion to dismiss previously filed by Defendant, and further to be a request for judicial notice. Pursuant to Local Rule 78-230(d), this document was not provided for by the rules; further, it was untimely as opposition because the hearing on the motion was set for November 7, 2008. Findings and recommendations concerning the motion were filed by the Magistrate Judge on November 7, 2008.

Despite the untimeliness of Plaintiff's filing, in the

1

interest of the efficient administration of justice, the Court DEEMS Plaintiff's reply to be objections to the findings and recommendations. However, this is without prejudice to Plaintiff's filing additional objections to the findings and recommendations, which may be done no later than thirty days after November 7, 2008.

IT IS SO ORDERED.

**Dated:   November 10, 2008**          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE