UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS, | 1:06-cv-01574-AWI-SMS |
|         Plaintiff, | ORDER VACATING MARCH 2, 2009 HEARING DATE |
| vs. | |
| OFFICER C. ARANAS, et al., | |
|         Defendants. | |
| _____/ | |

Plaintiff's motion for reconsideration has been set for hearing in this case on March 2, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 2, 2009, is VACATED, and the parties shall not appear at that time. As of March 2, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 25, 2009           /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE